IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JAMES L. SNODGRASS,** | 3:07-CV-06254-AC |
| **Petitioner,** | **JUDGMENT** |
| v. | |
| **ROBERT LAMPERT,** | |
| **Respondent.** | |

   Based on the Court's Order (#57) issued February 21, 2012, the Court **DISMISSES** this matter **with prejudice** and **DECLINES** to issue a certificate of appealability.

   IT IS SO ORDERED.

   DATED this 21st day of February, 2012.

                                    /s/ Anna J. Brown

                                    _____
                                    ANNA J. BROWN
                                    United States District Judge

1 - JUDGMENT